```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
DAVID CARLEBACH,

                Appellant,

   -against-                                              **JUDGMENT**
                                                          15-CV-5610 (RRM)
JOSEPH TYRNAUER,

                Appellee.
-------------------------------------------------------X
```

ROSLYNN R. MAUSKOPF, United States District Judge.

A Memorandum and Order of the undersigned having been issued this day dismissing appellant's claims against appellee for failure to prosecute, and further directing the Clerk of Court to enter judgment accordingly and to close this case, it is

ORDERED ADJUDGED AND DECREED that appellant take nothing of appellee; and that all claims brought by appellant as against appellee are dismissed with prejudice; and that this case is hereby closed.


Dated: Brooklyn, New York　　　　　　　　　　*Roslynn R. Mauskopf*
　　　　September 23, 2016　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　ROSLYNN R. MAUSKOPF
　　　　　　　　　　　　　　　　　　　　　　United States District Judge